UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 1:17-cv-24699- MGC

IVETTE JARQUIN,

    Plaintiff,

vs.

WORLD FUEL SERVICES CORPORATION,
a Florida Profit Corporation,

    Defendant.
_____/

## PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

Pursuant to the Federal Rules of Civil Procedure Rule 15(a)(2), Plaintiff, IVETTE JARQUIN, requests entry of an order granting Plaintiff's Motion to for Leave to File Amended Complaint and in support states as follows:

Plaintiff seeks to include claims for unpaid overtime under the Fair Labor Standards Act, ("FLSA") and claims to redress sex (gender) based discrimination under Title VII of the Civil Rights Act of 1964, ("Title VII") and under the Florida Civil Rights Act of 1992, Florida Statutes, Chapter 760, *et seq.*, ("FCRA").

Pursuant to Local Rule 7(1)(A)(3) undersigned counsel has conferred with counsel for Defendant, who does not oppose the motion.

## ARGUMENT AND MEMORANDUM OF LAW

Plaintiff's request for leave to amend is governed by Rule 15(a). *See Sosa v. Air Print Systems, Inc.,* 133 F. 3d 1417, 1419 (11th Cir. 1998). Under Rule 15(a), leave to amend a pleading "should be liberally granted when necessary in the interest of justice." *Burger King Corp. v.*

*Weaver*, 169 F. 3rd 1310, 1319 (11th Cir. 1999). "Unless there is a substantial reason to deny leave to amend, the discretion of the district court is not broad enough to permit denial." *Id*. "In the absence of any apparent or declared reason—such as undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party to virtue of allowance of the amendment, futility of amendment, etc.—the leave sought, as the rules require, "be freely given." *Id.* .

In *Foman v. Davis*, 371 U.S. 178, 182 (1962), the Supreme Court found that leave to amend should be freely given. *See*, also, *Technical Resource Servs. v. Dornier Med. Sys.*, 134 F.3d 1458, 1463 (11th Cir. 1998).

In this case, Plaintiff's Motion to amend his Complaint should be granted because there is no "substantial reason" to deny it. Plaintiff has been diligent and has displayed neither bad faith nor dilatory conduct.

**WHEREFORE**, Plaintiff requests this Honorable Court grant this Motion to Amend the Complaint and deem Plaintiff's Amended Complaint, attached hereto as Exhibit A, filed as of the date of this Motion.

Dated: May 11, 2018                                     Respectfully submitted,

*/s/ Michelle Muskus*
Peter M. Hoogerwoerd, Esq.
Florida Bar No. 0188239
pmh@rpgattorneys.com
Nathaly Lewis, Esq.
Fla. Bar No. 118315
nl@rgpatttorneys.com
Michelle Muskus, Esq.
Florida Bar No. 1003077
mm@rgpattorneys.com
**REMER & GEORGES-PIERRE, PLLC**

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 11, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/*s/Michelle Muskus*
MICHELLE MUSKUS, ESQ.

## SERVICE LIST

Peter Michael Hoogerwoerd, Esq.
Florida Bar No. 188239
pmh@rgpattorneys.com
Nathaly Lewis, Esq.
Florida Bar No. 118315
nl@rgpattorneys.com
Michelle Muskus, Esq.
Florida Bar No.: 1003077
mm@rgpattorneys.com
**REMER & GEORGES-PIERRE, PLLC**
44 West Flagler Street, Suite 2200
Miami, Florida 33130
Telephone: (305) 416-5000
Facsimile: (305) 416-5005

*Counsel for Plaintiff*

MARGARET H. MEVERS, ESQ.
Fla. Bar No. 726184
mhm@lydeckerdiaz.com
PETER R. PIDERMANN, ESQ.
Fla. Bar No.: 121638
prp@lydeckerdiaz.com
**LYDECKER | DIAZ**
Attorneys for Defendant
1221 Brickell Avenue, 19th Floor
Miami, FL  33131
Telephone: (305) 416-3180
Fax: (305) 416-3190

*Counsel for Defendant*

**Served via transmission of Notices of Electronic Filing generated by CM/ECF**